SCHUBLE v. BAYLISS, SHERIFF ETC.

[No. 0-501. Filed March 18, 1958.]

*William Schuble, pro se.*

PER CURIAM.—On November 15, 1957 appellant filed his assignment of error herein, accompanied by a petition for time within which to perfect his appeal. Time was granted as prayed to and including February 24, 1958.

Nothing further having been filed by appellant within such time and no further extension of time having been requested or granted, the purported assignment of error heretofore filed on November 15, 1957 is dismissed.

Appeal dismissed.

NOTE.—Reported in 148 N. E. 2d 558.

HOLLAND v. STATE OF INDIANA.

[No. 0-505. Filed March 19, 1958.]

*Richard L. Holland, pro se.*

PER CURIAM.—This is an attempted appeal by appellant, a prisoner at the Indiana State Prison, *pro se*, from a judgment of the Criminal Court of Marion County, Division Two, which dismissed appellant's petition to vacate the "Remaining portion" of an indeterminate sentence entered by said court. The papers filed here are not a transcript of the record of the trial court, nor is there any assignment of errors as required by Rule 2-2. We have no jurisdiction.

Leave to file denied for want of jurisdiction.

NOTE.—Reported in 148 N. E. 2d 552.